UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:23-CR-74-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| DONTAVION MILLER  ) | |
| Defendant  ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for January 9, 2024, in Wilmington. The case is hereby CONTINUED to the 2/13/2024 Term in Wilmington, North Carolina.

This 27th day of November, 2023.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge